# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Altonaga, Cecilia M. | U.S. District Court, So. FL | 05/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Wilkie D. Ferguson
Jr. U.S. Courthouse
400 North Miami Avenue, Room 12-2
Miami, FL 33128-1810

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | Miami-Dade County, Deferred Compensation Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Holland & Knight, LLP-Partner/Employee |
| 2. | 2016 | Mercy & Charlie, LLC-Manager |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MiamiDade County Deferred Comp., Fidelity Contrafund | C | Dividend | L | T | | | | | |
| 2. MiamiDade County Deferred Comp., Nationwide Fixed | B | Dividend | K | T | | | | | |
| 3. MiamiDade County Deferred Comp., Neu Ber Eq Soc Resp | A | Dividend | J | T | | | | | |
| 4. Citifunds Interest | C | Interest | P1 | T | | | | | |
| 5. Alliance Bernstein Growth & Income Fund Class A | C | Dividend | M | T | | | | | |
| 6. Holland & Knight Profit Sharing Plan, Oakmark Eq & Inc Fund Class I | E | Dividend | N | T | Sold (part) | 10/11/16 | P1 | | |
| 7. Holland & Knight Profit Sharing Plan, FMMT Retire GOV II | A | Dividend | | | Sold | 10/11/16 | J | | |
| 8. Holland & Knight Profit Sharing Plan, Vang TOT BD Mkt ADM | C | Dividend | O | T | Buy | 10/11/16 | O | | |
| 9. Holland & Knight Profit Sharing Plan, PRU Total RTN BD Q | D | Dividend | N | T | Buy | 10/11/16 | N | | |
| 10. Holland & Knight Profit Sharing Plan, FID Freedom K 2010 | E | Dividend | O | T | Buy | 10/11/16 | O | | |
| 11. (NH) UNIQUE College Investing Plan, NH Port. 2015 (Fidelity Funds) | A | Dividend | | | Sold | 12/09/16 | K | A | |
| 12. (NH) UNIQUE College Investing Plan, NH Port. (Fidelity Funds) | A | Dividend | K | T | Buy | 12/09/16 | K | | |
| 13. (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Dividend | K | T | | | | | |
| 14. (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Dividend | K | T | | | | | |
| 15. (NH) UNIQUE College Investing Plan, NH Port. 2015 (Fidelity Funds) | A | Dividend | | | Sold | 12/09/16 | K | A | |
| 16. (NH) UNIQUE College Investing Plan, NH Port. 2015 (Fidelity Funds | A | Dividend | K | T | Buy | 12/09/16 | K | | |
| 17. Bank of America CD | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Holland & Knight Equity Partner Fund | | None | N | T | | | | | |
| 19. Holland & Knight Equity Partner Fund | | None | N | T | | | | | |
| 20. Bank of America Checking | | None | J | T | | | | | |
| 21. Citigold Interest | A | Interest | M | T | | | | | |
| 22. Citi Private Bank | | None | L | T | | | | | |
| 23. Citi Private Bank | | None | J | T | | | | | |
| 24. Citi Private Bank | | None | J | T | | | | | |
| 25. Citi Private Bank | | None | J | T | | | | | |
| 26. Florida Prepaid 4-Year University | | None | J | T | | | | | |
| 27. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 28. Citigroup Inc New | A | Dividend | K | T | | | | | |
| 29. General Electric Company | B | Dividend | L | T | | | | | |
| 30. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 31. American Centruy Mid Cap Value CL A | A | Dividend | K | T | Sold (part) | 04/20/16 | J | A | |
| 32. | A | Distribution | | | Sold (part) | 07/19/16 | J | A | |
| 33. Blackrock High Yield Bond Investor CL A | A | Dividend | K | T | Buy | 07/19/16 | K | | |
| 34. | | | | | Sold (part) | 10/19/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Strategic Income Opptys Investor CL A | A | Dividend | K | T | Sold (part) | 07/19/16 | J | A | |
| 36. | A | Distribution | | | Sold (part) | 10/19/16 | K | A | |
| 37. Active Portfolio Multi Manager Small Cap Equity CL A | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 38. | A | Distribution | | | Sold (part) | 04/20/16 | J | A | |
| 39. | | | | | Sold (part) | 07/19/16 | J | A | |
| 40. | | | | | Sold (part) | 10/19/16 | J | A | |
| 41. Active Portfolio Multi Manager Growth CL A | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 42. | C | Distribution | | | Sold (part) | 04/20/16 | J | A | |
| 43. | | | | | Sold (part) | 07/19/16 | J | A | |
| 44. | | | | | Sold (part) | 10/19/16 | J | A | |
| 45. Active Portfolio Multi Manager Value CL A | B | Dividend | L | T | | | | | |
| 46. | B | Distribution | | | | | | | |
| 47. Active Portfolio Multi Manager Directional ALT CL A | A | Dividend | K | T | Buy | 12/01/16 | K | | |
| 48. JP Morgan Large Cap Growth CL A | B | Distribution | K | T | Sold (part) | 10/19/16 | J | A | |
| 49. Western Asset Intermediate Term Municipal CL A | B | Dividend | L | T | Sold (part) | 01/15/16 | J | A | |
| 50. MFS Intl Value CL A | A | Dividend | K | T | Sold (part) | 07/19/16 | J | A | |
| 51. | | | | | Sold (part) | 10/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MFS Value CL A | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 53. | A | Distribution | | | Sold (part) | 04/20/16 | J | A | |
| 54. | | | | | Sold (part) | 07/19/16 | J | A | |
| 55. | | | | | Sold (part) | 10/19/16 | J | A | |
| 56. MFS Municipal High Income CL A | B | Dividend | K | T | Sold (part) | 07/19/16 | J | A | |
| 57. Nuveen Interm Duration Mun Bond CL A | B | Dividend | L | T | Buy | 01/01/16 | L | | |
| 58. | A | Distribution | | | | | | | |
| 59. Oppenheimer Intl Growth CL A | A | Dividend | K | T | Sold (part) | 04/20/16 | J | A | |
| 60. | | | | | Sold (part) | 07/19/16 | J | A | |
| 61. | | | | | Sold (part) | 10/19/16 | J | A | |
| 62. Prudential Jennison Mid Cap Growth CL A | B | Distribution | K | T | Sold (part) | 01/15/16 | J | A | |
| 63. | | | | | Sold (part) | 04/20/16 | J | A | |
| 64. | | | | | Sold (part) | 07/19/16 | J | A | |
| 65. Wells Fargo Advantage Emerging Markets Equity CL A | A | Dividend | J | T | Sold (part) | 04/20/16 | J | A | |
| 66. | | | | | Sold (part) | 07/19/16 | J | A | |
| 67. | | | | | Sold (part) | 10/19/16 | J | A | |
| 68. Wells Fargo Advantage Short Term Municipal Bond CL A | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/19/16 | J | A | |
| 70. | | | | | Sold (part) | 10/19/16 | J | A | |
| 71. Wells Fargo Advantage Municipal Bond CL A | A | Dividend | | | Sold | 01/15/16 | L | A | |
| 72. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 73. American Century Mid Cap Value CL A | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 74. | A | Distribution | | | Sold (part) | 04/25/16 | J | A | |
| 75. | | | | | Sold (part) | 07/21/16 | J | A | |
| 76. Blackrock High Yield Bond Investor CL A | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 77. | | | | | Sold (part) | 10/21/16 | J | A | |
| 78. Blackrock Strategic Income Opptys Investor CL A | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 79. | A | Distribution | | | Sold (part) | 07/21/16 | J | A | |
| 80. | | | | | Sold (part) | 10/21/16 | J | A | |
| 81. Columbia Income Oppty CL A | A | Dividend | J | T | Sold (part) | 10/21/16 | J | A | |
| 82. Active Portfolio Multi Manager Small Cap Equity CL A | A | Dividend | J | T | Sold (part) | 04/25/16 | J | A | |
| 83. | A | Distribution | | | Sold (part) | 07/21/16 | J | A | |
| 84. Active Portfolio Multi Manager Core Plus Bond CL A | B | Dividend | L | T | Sold (part) | 10/21/16 | J | A | |
| 85. Active Portfolio Multi Manager Growth CL A | A | Dividend | J | T | Sold (part) | 07/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | Sold (part) | 10/21/16 | J | A | |
| 87. Active Portfolio Multi Manager Value CL A | A | Dividend | J | T | Sold (part) | 07/21/16 | J | A | |
| 88. | A | Distribution | | | | | | | |
| 89. Active Portfolio Multi Manager Directional ALT CL A | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 90. JP Morgan Large Cap Growth CL A | A | Distribution | J | T | Sold (part) | 04/25/16 | J | A | |
| 91. Lord Abbett Inflation Focused CL A | A | Dividend | | | Sold | 04/25/16 | J | A | |
| 92. MFS Intl Value CL A | A | Dividend | J | T | Sold (part) | 04/25/16 | J | A | |
| 93. | | | | | Sold (part) | 07/21/16 | J | A | |
| 94. MFS Value CL A | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 95. | A | Distribution | | | Sold (part) | 04/25/16 | J | A | |
| 96. | | | | | Sold (part) | 07/21/16 | J | A | |
| 97. | | | | | Sold (part) | 10/21/16 | J | A | |
| 98. Oppenheimer Intl Growth CL A | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 99. | | | | | Sold (part) | 04/25/16 | J | A | |
| 100. | | | | | Sold (part) | 07/21/16 | J | A | |
| 101. | | | | | Sold (part) | 10/21/16 | J | A | |
| 102. Ameriprise Insured Money Markey | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Century Mid Cap Value CL A | A | Dividend | K | T | Sold (part) | 01/14/16 | J | A | |
| 104. | A | Distribution | | | Sold (part) | 04/19/16 | J | A | |
| 105. | | | | | Sold (part) | 07/19/16 | J | A | |
| 106. Blackrock High Yield Bond Investor CL A | A | Dividend | K | T | Buy | 07/19/16 | K | | |
| 107. | | | | | Sold (part) | 10/18/16 | J | A | |
| 108. Blackrock Strategic Income Opptys Investor CL A | A | Dividend | L | T | Sold (part) | 07/19/16 | K | A | |
| 109. | B | Distribution | | | Sold (part) | 10/18/16 | J | A | |
| 110. Active Portfolio Multi Manager Small Cap Equity CL A | A | Dividend | K | T | Sold (part) | 04/19/16 | J | A | |
| 111. | A | Distribution | | | Sold (part) | 07/19/16 | J | A | |
| 112. | | | | | Sold (part) | 10/18/16 | J | A | |
| 113. Active Portfolio Multi Manager Growth CL A | A | Dividend | K | T | Sold (part) | 04/19/16 | J | A | |
| 114. | C | Distribution | | | Sold (part) | 07/19/16 | J | A | |
| 115. | | | | | Sold (part) | 10/18/16 | J | A | |
| 116. Active Portfolio Multi Manager Value CL A | B | Dividend | K | T | Sold (part) | 07/19/16 | J | A | |
| 117. | B | Distribution | | | | | | | |
| 118. Active Portfolio Multi Manager Directional ALT CL A | A | Dividend | K | T | Buy | 12/01/16 | K | | |
| 119. JP Morgan Large Cap Growth CL A | B | Distribution | K | T | Sold (part) | 04/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/18/16 | J | A | |
| 121. Western Asset Intermediate Term Municipal CL A | D | Dividend | M | T | Sold (part) | 01/14/16 | J | A | |
| 122. MFS Intl Value CL A | A | Dividend | K | T | Sold (part) | 04/19/16 | J | A | |
| 123. | | | | | Sold (part) | 07/19/16 | J | A | |
| 124. | | | | | Sold (part) | 10/18/16 | J | A | |
| 125. MFS Value CL A | A | Dividend | K | T | Sold (part) | 01/14/16 | J | A | |
| 126. | A | Distribution | | | Sold (part) | 04/19/16 | J | A | |
| 127. | | | | | Sold (part) | 07/19/16 | J | A | |
| 128. | | | | | Sold (part) | 10/18/16 | J | A | |
| 129. MFS Municipal High Income CL A | C | Dividend | L | T | Sold (part) | 07/19/16 | J | A | |
| 130. | | | | | Sold (part) | 10/18/16 | J | A | |
| 131. Nuveen Interim Duration Municipal Bond CL A | C | Dividend | M | T | Buy | 01/01/16 | M | | |
| 132. Oppenheimer Intl Growth CL A | A | Dividend | K | T | Sold (part) | 01/14/16 | J | A | |
| 133. | | | | | Sold (part) | 04/19/16 | J | A | |
| 134. | | | | | Sold (part) | 07/19/16 | J | A | |
| 135. | | | | | Sold (part) | 10/18/16 | J | A | |
| 136. Wells Fargo Advantage Short Term Municipal Bond CL A | A | Dividend | K | T | Sold (part) | 01/14/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/19/16 | J | A | |
| 138. | | | | | Sold (part) | 10/18/16 | J | A | |
| 139. Wells Fargo Advantage Municipal Bond CL A | A | Dividend | | | Sold | 01/14/16 | L | C | |
| 140. Columbia Money Market Fund Class A | A | Interest | | | Sold | 12/02/16 | J | A | |
| 141. Columbia High Yield Bond Fund Class A | A | Dividend | | | Sold | 12/02/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

-Line 6.-10. Holland & Knight Profit Sharing Plan: not self directed, there is no control and only can select level of risk.
-Line 18 & 19. Holland & Knight Equity Partner Fund: spouse's firm requires each equity partner to have an equity reserve in terms of paid in capital for each of its equity partners. These funds may not be accesed until the holder ceases to be an equity member. There is no control.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cecilia M. Altonaga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544